**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; THE PLUMBING COUNCIL OF CHICAGOLAND; and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A.

Plaintiffs,

V.

SON'S PLUMBING, INC., an Illinois corporation,

Defendant.

FILED: MARCH 19, 2008
08CV1609        PH
JUDGE HOLDERMAN
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; THE PLUMBING COUNCIL OF CHICAGOLAND; and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A.

| | |
|---|---|
| NAME (Type or print) | |
| Brian T. Bedinghaus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian T. Bedinghaus | |
| FIRM | |
| Lewis, Overbeck & Furman, LLP | |
| STREET ADDRESS | |
| 20 North Clark Street, Suite 3200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06285725 | (312) 580-1269 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |