AO 440 (Rev. 05/00) Summons in a Civil Action

65100/1053LIT-4660

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

Plaintiffs,

V.

SON'S PLUMBING, INC., an Illinois corporation,

Defendant.

CASE NUMBER: FILED: MARCH 19, 2008
08CV1609    PH

ASSIGNED JUDGE: JUDGE HOLDERMAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Son's Plumbing, Inc.
c/o Thomas Kahlke, registered agent
2511 West Schaumburg Road, Suite 131
Schaumburg, Illinois  60194

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

March 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  March 26'th, 2008 |
| NAME OF SERVER (PRINT)  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mr. Thomas Kahlke, President and R/A of Son's Plumbing, Inc. Service was effected at 136 Alpine Drive, in Schaumburg, Ill., at the hour of 3:20 p.m., on Wednesday, March 26'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 26'th, 2008      *Philip P. Ducar*
              Date                    Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.