## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JAMES T. SULLIVAN, et. al. | 08-cv-1609 |
| v. | |
| Son's Plumbing, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Son's Plumbing, Inc.

| | |
|---|---|
| NAME (Type or print) <br> John M. Sheldon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John M. Sheldon | |
| FIRM <br> Kozacky & Weitzel, P.C. | |
| STREET ADDRESS 55 W Monroe, St., Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Ill. ARDC # 6256666 | TELEPHONE NUMBER <br> 312-696-0900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |