UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND LOCAL 130 U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, an CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., <br><br>Plaintiffs, <br><br>v. <br><br>SON'S PLUMBING, INC., an Illinois Corporation, <br><br>Defendant. | No.    08-cv-1609 <br><br> Hon.   Judge Holderman |

**AGREED MOTION FOR EXTENSION OF TIME**

Son's Plumbing, Inc., by its undersigned attorneys, requests that this Court enter an order extending the time for defendant to file its response to plaintiffs' complaint until May 9, 2008, and in support thereof states:

1. On March 19, 2008 plaintiffs filed their complaint in this matter.

2. Defendant's response to plaintiffs' complaint is due, April 15, 2008. (*Docket # 8.*)

3. Due to the time required to prepare the response, defendant requests an additional 18 days, until May 9, 2008 to respond.

4. On April 7, 2008, John N. Rapp, counsel for defendant, contacted Brian Bedinghaus, counsel for plaintiffs, who agreed to the relief requested.

5. No party would be prejudiced and good cause exists to grant defendant an additional eighteen days, up to and including May 9, 2008, in which to file their response to plaintiff's complaint.

WHEREFORE, Son's Plumbing, Inc. requests that this Court grant it an additional 18 days, up to and including May 9, 2008, in which to file its response to plaintiffs' complaint.

Respectfully Submitted,

SON'S PLUMBING, INC.

By: /s/ John N. Rapp
One of its attorneys

Paul J. Kozacky (Ill. ARDC # 6188031)
Jerome R. Weitzel (Ill. ARDC # 6217032)
John M. Sheldon (Ill. ARDC # 6256666)
Jeffrey S. Becker (Ill. ARDC # 6282492)
John N. Rapp (Ill. ARDC # 6293613)
Kozacky & Weitzel, P.C.
55 W. Monroe St., Suite 2400
Chicago, IL 60603
(312) 696-0900

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of this Agreed Motion For Extension of Time to be served upon Brian Bedinghaus, Esq., Douglas Lindsay, Esq., Lisa Simioni, Esq., and John Loseman, Esq., Lewis Overbeck & Furman, LLP, 20 N Clark St., Suite 3200, Chicago, IL 60602 on April 8, 2008, via ECF.

                /s/John N. Rapp

Paul J. Kozacky (Ill. ARDC # 6188031)
Jerome R. Weitzel (Ill. ARDC # 6217032)
John M. Sheldon (Ill. ARDC # 6256666)
Jeffrey S. Becker (Ill. ARDC # 6282492)
John N. Rapp (Ill. ARDC # 6293613)
Kozacky & Weitzel, P.C.
55 W. Monroe St., Suite 2400
Chicago, IL 60603
(312) 696-0900