UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T SULLIVAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 08-cv-1609 |
| ) | |
| SON'S PLUMBING, INC., ) | Hon. James F. Holderman |
| an Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PRESENTMENT

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on **April 15, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Holderman, or in his absence, before any other Judge who may be sitting in his stead, in Courtroom 2541 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion For Extension of Time,** a copy of which was served upon you via ECF on April 7, 2008.

Dated: April 8, 2008

Respectfully submitted,

SON'S PLUMBING, INC.,

s/ John N. Rapp
By: _____
One of their attorneys

Paul J. Kozacky (IL ARDC# 6188031)
Jerome R. Weitzel (IL ARDC# 6217032)
John M. Sheldon (IL ARDC# 6256666)
John N. Rapp (IL ARDC# 6293613)
KOZACKY & WEITZEL, P.C.
55 West Monroe Street, Suite 2400
Chicago, Illinois 60603
(312) 696-0900

## SERVICE LIST

Douglas Allan Lindsay
Lewis, Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
(312) 580-1251
Fax: (312) 580-1201
Email: dlindsay@lewisoverbeck.com

Brian T. Bedinghaus
Lewis Overbeck & Furman LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602
(312) 580-1269
Email: bbedinghaus@lewisoverbeck.com

John W. Loseman
Lewis, Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
(312) 580-1258
Email: jloseman@lewisoverbeck.com

Lisa M Simioni
Lewis, Overbeck & Furman, LLP
20 N. Clark, Suite 3200
Chicago, IL 60602-5093
(312) 580-1248
Email: lsimioni@lewisoverbeck.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T SULLIVAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-cv-1609 |
| | ) | |
| SON'S PLUMBING, INC., | ) | Hon. James F. Holderman |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      The following persons were served with this Certificate and defendant's NOTICE OF PRESENTMENT via ECF on April 8, 2008.

Douglas Allan Lindsay
Lewis, Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
(312) 580-1251
Fax: (312) 580-1201
Email: dlindsay@lewisoverbeck.com

John W. Loseman
Lewis, Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
(312) 580-1258
Email: jloseman@lewisoverbeck.com

Brian T. Bedinghaus
Lewis Overbeck & Furman LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602
(312) 580-1269
Email: bbedinghaus@lewisoverbeck.com

Lisa M Simioni
Lewis, Overbeck & Furman, LLP
20 N. Clark, Suite 3200
Chicago, IL 60602-5093
(312) 580-1248
Email: lsimioni@lewisoverbeck.com

                          s/ John N. Rapp
                          _____
                            John N. Rapp