

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| JAMES T. SULLIVAN, et. al. | 08-cv-1609 |
| v. | |
| Son's Plumbing, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Son's Plumbing, Inc.

FILED
Apr 8, 2008
APR - 8 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jerome R. Weitzel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jerome R Weitzel |

| FIRM |
|---|
| Kozacky & Weitzel, P.C. |

| STREET ADDRESS 55 W Monroe, St., Suite 2400 |
|---|

| CITY/STATE/ZIP Chicago, IL 60603 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Ill. ARDC # 6217032 | 312-696-0900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X☐ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |