UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

James T Sullivan, et al.
                      Plaintiff,

v.                                               Case No.: 1:08−cv−01609
                                                Honorable James F. Holderman

Son's Plumbing, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 5/13/2008 and is continued for 7/15/2008 at 9:00 AM to set discovery schedule if necessary. This case is referred to Magistrate Judge Nolan for settlement conference. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.