# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

James T Sullivan, et al().

                Plaintiff,

v.                                        Case No.: 1:08−cv−01609
                                         Honorable James F. Holderman

Son's Plumbing, Inc.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (am) Mailed notice.

Dated: May 13, 2008

                                                        /s/ James F. Holderman

                                                        United States District Judge