UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

James T Sullivan, et al.
                         Plaintiff,

v.                                      Case No.: 1:08−cv−01609
                                          Honorable James F. Holderman

Son's Plumbing, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

       MINUTE entry before the Honorable Nan R. Nolan:Status hearing held regarding settlement. Plaintiffs' counsel advised that the board of directors did not approve all of the proposed settlement terms. Defendant's counsel indicated that a counter−offer was made. Defendant's counter−offer was not accepted. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.